**Andre EDMONDS, Plaintiff–Appellant,**

**v.**

**Donald R. CUMMINGS; James Keeling; Page True; Rufus Flemings, Warden, Defendants–Appellees.**

No. 02–6173.

United States Court of Appeals, Fourth Circuit.

Submitted March 14, 2002.

Decided March 26, 2002.

Andre Edmonds, Appellant Pro Se.

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Andre Edmonds, a Virginia inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint under 28 U.S.C.A. § 1915A (West Supp.2000). We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *Edmonds v. Cummings,* No. CA–01–625–3 (E.D.Va. Jan. 4, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*